# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re: §
§
Tahkahndor K Pickett § Case No. 14-14296
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/17/2014. The undersigned trustee was appointed on 04/17/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 30,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 12,043.90 |
| Bank service fees | | 0.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 15,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 2,956.10 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 11/07/2014 and the deadline for filing governmental claims was 11/07/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,250.00 , for a total compensation of $ 2,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 87.11 , for total expenses of $ 87.11 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/09/2018         By:/s/STEVEN R. RADTKE
                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-14296 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Tahkahndor K Pickett | | | | Date Filed (f) or Converted (c): | 04/17/2014 (f) |
| | | | | | 341(a) Meeting Date: | 06/09/2014 |
| For Period Ending: | 07/09/2018 | | | | Claims Bar Date: | 11/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Household goods and furnishings | 100.00 | 100.00 | | 0.00 | FA |
| 2. Wearing apparel new/used | 200.00 | 200.00 | | 0.00 | FA |
| 3. Personal Injury Claim for Work Accident (u) | 0.00 | 30,000.00 | | 30,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $300.00     $30,300.00     $30,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

6/2018 Prepare TFR and fee petition

5/2018 Trustee filed motion to approve compromise, to pay special counsel fees and expenses and outstanding court filing fee

4/2018  Debtor amended schedules to list his personal injury case and claim an exemption

6/2017  Working on resolution of release issues related to settlement

3/2017 Prepared motion to approve settlement; waiting for funds

1/2017 Case dismissed by stipulation or agreement

9/2016 Pretrial set for October 13, 2016

6/2016 Discovery is ongoing but near completion; parties are attempting to arrange a pretrial settlement conference; the matter is set for trial in State Court on 11/27/17.

4/14/16 Case continued for case management with a trial date 5/12/16.

2/23/16 Discovery continues; case remains pending in state court and is set for focused case management on 4/7/16.

10/23/15  Debtor's personal injury case remains pending in the state court and the case is being prepared for trial.  A motion to dismiss one of the defendants is pending. Discovery continues.  There is a case management conference set in state court for October 28, 2015.

Discovery is continuing. There is a case management conference set for 10/28/15 in State court.

After filing no asset report, Trustee discovered debtor filed PI case ( 2013 L 5059) which was not scheduled; Trustee filed notice of withdrawal of no asset report; employed special counsel to pursue the personal injury action; State court case is continuing.


Initial Projected Date of Final Report (TFR): 06/30/2016        Current Projected Date of Final Report (TFR): 11/30/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-14296 | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- |
| Case Name: | Tahkahndor K Pickett | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6446 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8318 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/09/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/13/18 | 3 | Gallagher Bassett Services, Inc. for Arch Insurance Company<br>PO Box 2934<br>Clington, IA 52733-2934 | Settlement proceeds pursuant to order of Court dated 5/31/18 | 1242-000 | $15,000.00 | | $15,000.00 |
| 06/13/18 | 3 | Starr Adjustment Services on Behalf of Starr Surplus Lines Insurance Company<br>3353 Peachtree Road, NE<br>Suite 1000<br>Atlanta, GA 30326 | Settlement proceeds pursuant to order of Court dated 5/31/18 | 1242-000 | $15,000.00 | | $30,000.00 |
| 06/21/18 | 1001 | Tahkahndor K. Pickett<br>623 West Oak<br>Apt. B<br>Chicago, IL 60610 | Debtor's Exemption in proceeds of personal injury settlement | 8100-002 | | $15,000.00 | $15,000.00 |
| 06/21/18 | 1002 | Daniel V. O'Connor and the law firm of O'Connor & Nakos, Ltd<br>120 N. LaSalle Street, 35th Floor<br>Chicago, IL 60602 | Special Counsel to Trustee Fees per order of Court dated 5/31/18 | 3210-000 | | $3,826.26 | $11,173.74 |
| 06/21/18 | 1003 | Daniel V. O'Connor and the law firm of O'Connor & Nakos, Ltd<br>120 North LaSalle Street, 35th Floor<br>Chicago, IL 60602 | Special Counsel to Trustee Expenses per order of Court dated 5/31/18 | 3220-000 | | $8,052.14 | $3,121.60 |
| 06/21/18 | 1004 | Clerk of the U.S. Bankruptcy Court<br>219 South Dearborn Street<br>7th Floor<br>Chicago, IL 60604 | Payment of deferred filing fee pursuant to order of Court dated 5/31/18 | 2700-000 | | $165.50 | $2,956.10 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $30,000.00 | $27,043.90 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,000.00 | $27,043.90 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $30,000.00 | $12,043.90 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals: $30,000.00  $27,043.90

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6446 - Checking | $30,000.00 | $12,043.90 | $2,956.10 |
|  | $30,000.00 | $12,043.90 | $2,956.10 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $30,000.00 |
| Total Gross Receipts: | $30,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-14296  
Debtor Name: Tahkahndor K Pickett  
Claims Bar Date: 11/7/2014

Date: July 9, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $2,250.00 | $2,250.00 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $87.11 | $87.11 |
| 1 300 7100 | American Infosource Lp As Agent For<br>Rjm Acquisitions, Llc<br>As Assignee Of Bank Of America<br>Po Box 268850<br>Oklahoma City, Ok 73126-8850 | Unsecured | Withdrawn | $103.00 | $103.01 | $0.00 |
| 2 300 7100 | Greenleaf Orthopaedic Assoc<br>C/O Certified Services Inc<br>P O Box 177<br>Waukegan, Il 60079 | Unsecured | | $0.00 | $340.09 | $340.09 |
| 3 300 7100 | Jefferson Capital Systems Llc<br>Purchased From Rjm Acquisitions, Llc<br>Po Box 7999<br>Saint Cloud Mn 56302-<br>Orig By: Bank Of America Checking Accoun | Unsecured | | $0.00 | $103.01 | $103.01 |
| 4 350 7200 | Capital One<br>Po Box 30281<br>Salt Lake City, Uy 84130 | Unsecured | | $263.00 | $263.00 | $263.00 |
| 5 350 7200 | Atg<br>Po Box 14895<br>Chicago,Il 60614 | Unsecured | | $985.00 | $985.00 | $985.00 |
| 6 350 7200 | Atg<br>Po Box 14895<br>Chicago,Il 60614 | Unsecured | | $125.00 | $125.00 | $125.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-14296  
Debtor Name: Tahkahndor K Pickett  
Claims Bar Date: 11/7/2014  
Date: July 9, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7<br>350<br>7200 | Ffcc-Columbus, Inc<br>Po Box 20790<br>Columbus, Oh 43220 | Unsecured | | $116.00 | $116.00 | $116.00 |
| 8<br>350<br>7200 | Northeast Credit & Collections<br>Po Box 3358<br>Scranton, Pa 18505 | Unsecured | | $591.00 | $591.00 | $591.00 |
| 9<br>350<br>7200 | Federal Bond And Collections<br>841 E Hunting Park Ave<br>Philadelphia, Pa 19124 | Unsecured | | $481.00 | $481.00 | $481.00 |
| 10<br>350<br>7200 | Federal Bond And Collections<br>841 E Hunting Park Ave<br>Philadelphia, Pa 19124 | Unsecured | | $267.00 | $267.00 | $267.00 |
| 11<br>350<br>7200 | Certified Services<br>Po Box 24<br>Waukegan, Ii 60079 | Unsecured | | $290.00 | $290.00 | $290.00 |
| 12<br>350<br>7200 | Choice Recovery<br>Po Box 20790<br>Columbus, Oh 43220 | Unsecured | | $116.00 | $116.00 | $116.00 |
| 13<br>350<br>7200 | Dependon Collection Services<br>Po Box 4833<br>Oak Brook, Il 60522 | Unsecured | | $376.00 | $376.00 | $376.00 |
| 14<br>350<br>7200 | Illinois Collection Services<br>Po Box 1010<br>Tinley Park, Il 60477 | Unsecured | | $84.00 | $84.00 | $84.00 |
| 15<br>350<br>7200 | Med Health Financial Services<br>10200 W Innovation Dr Ste 15<br>Milwaukee. Wi 53226 | Unsecured | | $113.00 | $113.00 | $113.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 14-14296     Date: July 9, 2018
Debtor Name: Tahkahndor K Pickett
Claims Bar Date: 11/7/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 16 350 7200 | Tate & Kirlin Associates<br>2810 Southhampton Road<br>Philadelphia, Pa 19154 | Unsecured | | $607.00 | $607.00 | $607.00 |
| 17 350 7200 | Martin L. Osinski<br>Dicaro & Osinski, Llc<br>180 W Washington St Ste400<br>Chicago, Il 60602 | Unsecured | | $8,852.00 | $8,852.00 | $8,852.00 |
| 18 350 7200 | Acl Inc<br>8901 West Lincoln Ave<br>West Allis, Wi 53227 | Unsecured | | $64.00 | $64.00 | $64.00 |
| 19 350 7200 | Robert F. Harris<br>Margaret E Currin<br>69 West Washington St Ste 700<br>Chicago, Ii 60602 | Unsecured | | $1,248.00 | $1,248.00 | $1,248.00 |
| 20 350 7200 | Chase Bank<br>P 0 Box 15298<br>Wilmington, De 19850 | Unsecured | | $1,800.00 | $1,800.00 | $1,800.00 |
| 21 350 7200 | 69 West Washington<br>Ste. 700<br>Chicago, Il 60640 | Unsecured | | $0.00 | $624.00 | $624.00 |
| | Case Totals | | | $16,481.00 | $19,885.22 | $19,782.21 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-14296  
Case Name: Tahkahndor K Pickett  
Trustee Name: STEVEN R. RADTKE  

       Balance on hand                                               $      2,956.10

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 87.11 | $ 0.00 | $ 87.11 |

    Total to be paid for chapter 7 administrative expenses                $      2,337.11  
    Remaining Balance                                             $      618.99

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 443.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For (Withdrawn) | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | Greenleaf Orthopaedic Assoc | $ 340.09 | $ 0.00 | $ 340.09 |
| 3 | Jefferson Capital Systems Llc | $ 103.01 | $ 0.00 | $ 103.01 |

Total to be paid to timely general unsecured creditors       $ 443.10

Remaining Balance       $ 175.89

Tardily filed claims of general (unsecured) creditors totaling $ 17,002.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 1.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Capital One | $ 263.00 | $ 0.00 | $ 2.72 |
| 5 | Atg | $ 985.00 | $ 0.00 | $ 10.19 |
| 6 | Atg | $ 125.00 | $ 0.00 | $ 1.29 |
| 7 | Ffcc-Columbus, Inc | $ 116.00 | $ 0.00 | $ 1.20 |
| 8 | Northeast Credit & Collections | $ 591.00 | $ 0.00 | $ 6.11 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Federal Bond And Collections | $ 481.00 | $ 0.00 | $ 4.98 |
| 10 | Federal Bond And Collections | $ 267.00 | $ 0.00 | $ 2.76 |
| 11 | Certified Services | $ 290.00 | $ 0.00 | $ 3.00 |
| 12 | Choice Recovery | $ 116.00 | $ 0.00 | $ 1.20 |
| 13 | Dependon Collection Services | $ 376.00 | $ 0.00 | $ 3.89 |
| 14 | Illinois Collection Services | $ 84.00 | $ 0.00 | $ 0.87 |
| 15 | Med Health Financial Services | $ 113.00 | $ 0.00 | $ 1.17 |
| 16 | Tate & Kirlin Associates | $ 607.00 | $ 0.00 | $ 6.28 |
| 17 | Martin L. Osinski | $ 8,852.00 | $ 0.00 | $ 91.58 |
| 18 | Acl Inc | $ 64.00 | $ 0.00 | $ 0.66 |
| 19 | Robert F. Harris | $ 1,248.00 | $ 0.00 | $ 12.91 |
| 20 | Chase Bank | $ 1,800.00 | $ 0.00 | $ 18.62 |
| 21 | 69 West Washington | $ 624.00 | $ 0.00 | $ 6.46 |

|  |  |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 175.89 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE