UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 14-14296 |
| | ) | |
| TAHKAHNDOR K. PICKETT, | ) | Hon. Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor. | ) | |

### Certificate Of Service

I, Steven R. Radtke, hereby certify that on **July 19, 2018,** I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/   Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

PickettNFRCrtSrv

## SERVICE LIST
## TAHKAHNDOR K. PICKETT, DEBTOR
## CASE NO. 14-14296

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Tahkahndor K. Pickett
623 West Oak, Apt. B
Chicago, IL 60610

Greenleaf Orthopaedic Assoc
c/o Certified Services Inc.
P O Box 177
Waukegan, IL 60079-0177

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud MN 56302-7999

Capital One
PO Box 30281
Salt Lake City, UY 84130-0281

ATG
PO Box 14895
Chicago, IL 60614-8542

FFCC-Columbus Inc.
PO Box 20790
Columbus, OH 43220

Northeast Credit & Collections
PO Box 3358
Scranton, PA 18505-0358|

Federal Bond and Collections
841 E Hunting Park Ave
Philadelphia, PA 19124-4800

Certified Services
PO Box 24
Waukegan, II 60079-0024

Choice Recovery Inc.
1550 Old Henderson Road, Suite 100
Columbus Oh 43220-3662

Dependon Collection Services
PO Box 4833
Oak Brook, IL 60522-4833|

Illinois Collection Services
PO Box 1010
Tinley Park, IL 60477-9110

Med Health Financial Services
10200 W Innovation Dr., Suite 15
Milwaukee. WI 53226-4826

Tate & Kirlin Associates
2810 Southhampton Road
Philadelphia, PA 19154-1207

Martin L. Osinski
Dicaro & Osinski, LLC
180 W Washington St., Suite 400
Chicago, IL 60602-2320

ACL Inc.
8901 West Lincoln Avenue
West Allis, WI 53227-2409

Robert F. Harris
Margaret E Currin
69 West Washington St., Suite 700
Chicago, II 60602-3044

Chase Bank
PO Box 15298
Wilmington, DE 19850-5298

69 West Washington, Suite 700
Chicago, IL 60602-3044

PickettTFRSrvList