# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Tahkahndor K Pickett | § | Case No. 14-14296 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 300.00  
*(Without deducting any secured claims)*

Assets Exempt: 15,000.00

Total Distributions to Claimants: 618.99

Claims Discharged Without Payment: 16,826.11

Total Expenses of Administration: 14,381.01

---

3) Total gross receipts of $ 30,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 14,381.01 | 14,381.01 | 14,381.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 16,481.00 | 17,548.11 | 17,445.10 | 618.99 |
| **TOTAL DISBURSEMENTS** | $ 16,481.00 | $ 31,929.12 | $ 31,826.11 | $ 15,000.00 |

4) This case was originally filed under chapter 7 on 04/17/2014. The case was pending for 57 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/18/2018            By: /s/STEVEN R. RADTKE
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Claim for Work Accident | 1242-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Tahkahndor K. Pickett | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 2,250.00 | 2,250.00 | 2,250.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 87.11 | 87.11 | 87.11 |
| Clerk of the U.S. Bankruptcy Court | 2700-000 | NA | 165.50 | 165.50 | 165.50 |
| Daniel V. O'Connor and the law firm of O'Connor & Nakos, Ltd. | 3210-000 | NA | 3,826.26 | 3,826.26 | 3,826.26 |
| Daniel V. O'Connor and the law firm of O'Connor & Nakos, Ltd. | 3220-000 | NA | 8,052.14 | 8,052.14 | 8,052.14 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 14,381.01 | $ 14,381.01 | $ 14,381.01 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | 7100-000 | 103.00 | 103.01 | 0.00 | 0.00 |
| 2 | Greenleaf Orthopaedic Assoc | 7100-000 | NA | 340.09 | 340.09 | 340.09 |
| 3 | Jefferson Capital Systems Llc | 7100-000 | NA | 103.01 | 103.01 | 103.01 |
| 21 | 69 West Washington | 7200-000 | NA | 624.00 | 624.00 | 6.46 |
| 5 | Atg | 7200-000 | 985.00 | 985.00 | 985.00 | 10.19 |
| 20 | Chase Bank | 7200-000 | 1,800.00 | 1,800.00 | 1,800.00 | 18.62 |
| 17 | Martin L. Osinski | 7200-000 | 8,852.00 | 8,852.00 | 8,852.00 | 91.58 |
| 8 | Northeast Credit & Collections | 7200-000 | 591.00 | 591.00 | 591.00 | 6.11 |
| 19 | Robert F. Harris | 7200-000 | 1,248.00 | 1,248.00 | 1,248.00 | 12.91 |
| 16 | Tate & Kirlin Associates | 7200-000 | 607.00 | 607.00 | 607.00 | 6.28 |
| 18 | Acl Inc | 7200-001 | 64.00 | 64.00 | 64.00 | 0.66 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Atg | 7200-001 | 125.00 | 125.00 | 125.00 | 1.29 |
| 4 | Capital One | 7200-001 | 263.00 | 263.00 | 263.00 | 2.72 |
| 11 | Certified Services | 7200-001 | 290.00 | 290.00 | 290.00 | 3.00 |
| 12 | Choice Recovery | 7200-001 | 116.00 | 116.00 | 116.00 | 1.20 |
| 13 | Dependon Collection Services | 7200-001 | 376.00 | 376.00 | 376.00 | 3.89 |
| 10 | Federal Bond And Collections | 7200-001 | 267.00 | 267.00 | 267.00 | 2.76 |
| 9 | Federal Bond And Collections | 7200-001 | 481.00 | 481.00 | 481.00 | 4.98 |
| 7 | Ffcc-Columbus, Inc | 7200-001 | 116.00 | 116.00 | 116.00 | 1.20 |
| 14 | Illinois Collection Services | 7200-001 | 84.00 | 84.00 | 84.00 | 0.87 |
| 15 | Med Health Financial Services | 7200-001 | 113.00 | 113.00 | 113.00 | 1.17 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 16,481.00 | $ 17,548.11 | $ 17,445.10 | $ 618.99 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-14296 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Tahkahndor K Pickett | | | | Date Filed (f) or Converted (c): | 04/17/2014 (f) |
| | | | | | 341(a) Meeting Date: | 06/09/2014 |
| For Period Ending: | 12/18/2018 | | | | Claims Bar Date: | 11/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Household goods and furnishings | 100.00 | 100.00 | | 0.00 | FA |
| 2. Wearing apparel new/used | 200.00 | 200.00 | | 0.00 | FA |
| 3. Personal Injury Claim for Work Accident (u) | 0.00 | 30,000.00 | | 30,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $300.00         $30,300.00         $30,000.00         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

6/2018  Prepare TFR and fee petition (Hearing on TFR and fee petitions set for 8/23/18)

5/2018  Trustee filed and Court granted motion to approve compromise, to pay special counsel fees and expenses and outstanding court filing fee

4/2018  Debtor amended schedules to list his personal injury case and claim an exemption

6/2017  Working on resolution of release issues related to settlement

3/2017  Prepared motion to approve settlement; waiting for funds

1/2017  Case dismissed by stipulation or agreement

9/2016  Pretrial set for October 13, 2016

6/2016  Discovery is ongoing but near completion; parties are attempting to arrange a pretrial settlement conference; the matter is set for trial in State Court on 11/27/17.

4/14/16  Case continued for case management with a trial date 5/12/16.

2/23/16  Discovery continues; case remains pending in state court and is set for focused case management on 4/7/16.

10/23/15  Debtor's personal injury case remains pending in the state court and the case is being prepared for trial. A motion to dismiss one of the defendants is pending. Discovery continues. There is a case management conference set in state court for October 28, 2015.

Discovery is continuing. There is a case management conference set for 10/28/15 in State court.

After filing no asset report, Trustee discovered debtor filed PI case ( 2013 L 5059) which was not scheduled; Trustee filed notice of withdrawal of no asset report; employed special counsel to pursue the personal injury action; State court case is continuing.


Initial Projected Date of Final Report (TFR): 06/30/2016          Current Projected Date of Final Report (TFR): 11/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 14-14296 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Tahkahndor K Pickett | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6446 |
| | Checking |
| Taxpayer ID No: XX-XXX8318 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/18/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/13/18 | 3 | Gallagher Bassett Services, Inc. for Arch Insurance Company<br>PO Box 2934<br>Clington, IA 52733-2934 | Settlement proceeds pursuant to order of Court dated 5/31/18 | 1242-000 | $15,000.00 | | $15,000.00 |
| 06/13/18 | 3 | Starr Adjustment Services on Behalf of Starr Surplus Lines Insurance Company<br>3353 Peachtree Road, NE<br>Suite 1000<br>Atlanta, GA 30326 | Settlement proceeds pursuant to order of Court dated 5/31/18 | 1242-000 | $15,000.00 | | $30,000.00 |
| 06/21/18 | 1001 | Tahkahndor K. Pickett<br>623 West Oak<br>Apt. B<br>Chicago, IL 60610 | Debtor's Exemption in proceeds of personal injury settlement | 8100-002 | | $15,000.00 | $15,000.00 |
| 06/21/18 | 1002 | Daniel V. O'Connor and the law firm of O'Connor & Nakos, Ltd<br>120 N. LaSalle Street, 35th Floor<br>Chicago, IL 60602 | Special Counsel to Trustee Fees per order of Court dated 5/31/18 | 3210-000 | | $3,826.26 | $11,173.74 |
| 06/21/18 | 1003 | Daniel V. O'Connor and the law firm of O'Connor & Nakos, Ltd<br>120 North LaSalle Street, 35th Floor<br>Chicago, IL 60602 | Special Counsel to Trustee Expenses per order of Court dated 5/31/18 | 3220-000 | | $8,052.14 | $3,121.60 |
| 06/21/18 | 1004 | Clerk of the U.S. Bankruptcy Court<br>219 South Dearborn Street<br>7th Floor<br>Chicago, IL 60604 | Payment of deferred filing fee pursuant to order of Court dated 5/31/18 | 2700-000 | | $165.50 | $2,956.10 |
| 08/27/18 | 1005 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,250.00 | $706.10 |
| 08/27/18 | 1006 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $87.11 | $618.99 |
| | | | Page Subtotals: | | $30,000.00 | $29,381.01 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-14296 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Tahkahndor K Pickett | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6446 |
| | Checking |
| Taxpayer ID No: XX-XXX8318 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/18/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/27/18 | 1007 | Greenleaf Orthopaedic Assoc<br>C/O Certified Services Inc<br>P O Box 177<br>Waukegan, Il 60079 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 7100-000 | | $340.09 | $278.90 |
| 08/27/18 | 1008 | Jefferson Capital Systems Llc<br>Purchased From Rjm Acquisitions, Llc<br>Po Box 7999<br>Saint Cloud Mn 56302-<br>Orig By: Bank Of America Checking Accoun | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 7100-000 | | $103.01 | $175.89 |
| 08/27/18 | 1009 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | $23.74 | $152.15 |
| | | Capital One | Final distribution to claim 4 representing a payment of 1.03 % per court order. ($2.72) | 7200-001 | | | |
| | | Atg | Final distribution to claim 6 representing a payment of 1.03 % per court order. ($1.29) | 7200-001 | | | |
| | | Ffcc-Columbus, Inc | Final distribution to claim 7 representing a payment of 1.03 % per court order. ($1.20) | 7200-001 | | | |
| | | Federal Bond And Collections | Final distribution to claim 9 representing a payment of 1.04 % per court order. ($4.98) | 7200-001 | | | |
| | | Federal Bond And Collections | Final distribution to claim 10 representing a payment of 1.03 % per court order. ($2.76) | 7200-001 | | | |
| | | Certified Services | Final distribution to claim 11 representing a payment of 1.03 % per court order. ($3.00) | 7200-001 | | | |
| | | Choice Recovery | Final distribution to claim 12 representing a payment of 1.03 % per court order. ($1.20) | 7200-001 | | | |
| | | Dependon Collection Services | Final distribution to claim 13 representing a payment of 1.03 % per court order. ($3.89) | 7200-001 | | | |

Page Subtotals: $0.00 $466.84

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-14296 | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- |
| Case Name: | Tahkahndor K Pickett | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6446 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8318 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/18/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Illinois Collection Services | Final distribution to claim 14 representing a payment of 1.04 % per court order. | ($0.87) | 7200-001 | | |
| | | Med Health Financial Services | Final distribution to claim 15 representing a payment of 1.04 % per court order. | ($1.17) | 7200-001 | | |
| | | Acl Inc | Final distribution to claim 18 representing a payment of 1.03 % per court order. | ($0.66) | 7200-001 | | |
| 08/27/18 | 1010 | Atg<br>Po Box 14895<br>Chicago,Il 60614 | Final distribution to claim 5 representing a payment of 1.03 % per court order. | | 7200-000 | | $10.19 | $141.96 |
| 08/27/18 | 1011 | Northeast Credit & Collections<br>Po Box 3358<br>Scranton, Pa 18505 | Final distribution to claim 8 representing a payment of 1.03 % per court order. | | 7200-000 | | $6.11 | $135.85 |
| 08/27/18 | 1012 | Tate & Kirlin Associates<br>2810 Southhampton Road<br>Philadelphia, Pa 19154 | Final distribution to claim 16 representing a payment of 1.03 % per court order. | | 7200-000 | | $6.28 | $129.57 |
| 08/27/18 | 1013 | Martin L. Osinski<br>Dicaro & Osinski, Llc<br>180 W Washington St Ste400<br>Chicago, Il 60602 | Final distribution to claim 17 representing a payment of 1.03 % per court order. | | 7200-000 | | $91.58 | $37.99 |
| 08/27/18 | 1014 | Robert F. Harris<br>Margaret E Currin<br>69 West Washington St Ste 700<br>Chicago, Ii 60602 | Final distribution to claim 19 representing a payment of 1.03 % per court order. | | 7200-000 | | $12.91 | $25.08 |
| 08/27/18 | 1015 | Chase Bank<br>P 0 Box 15298<br>Wilmington, De 19850 | Final distribution to claim 20 representing a payment of 1.03 % per court order. | | 7200-000 | | $18.62 | $6.46 |
| 08/27/18 | 1016 | 69 West Washington<br>Ste. 700<br>Chicago, Il 60640 | Final distribution to claim 21 representing a payment of 1.04 % per court order. | | 7200-000 | | $6.46 | $0.00 |
| 11/28/18 | 1011 | Northeast Credit & Collections<br>Po Box 3358<br>Scranton, Pa 18505 | Final distribution to claim 8 representing a payment of 1.03 % per court order. Reversal | | 7200-000 | | ($6.11) | $6.11 |
| 11/28/18 | 1012 | Tate & Kirlin Associates<br>2810 Southhampton Road<br>Philadelphia, Pa 19154 | Final distribution to claim 16 representing a payment of 1.03 % per court order. Reversal | | 7200-000 | | ($6.28) | $12.39 |

Page Subtotals: $0.00   $139.76

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-14296 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: Tahkahndor K Pickett | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX6446 |
| | | Checking |
| Taxpayer ID No: XX-XXX8318 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 12/18/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/30/18 | 1017 | U. S. Bankruptcy Court Clerk<br>Dirksen Federal Building<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Unclaimed Funds | | | $12.39 | $0.00 |
| | | Northeast Credit & Collections | ($6.11) | 7200-000 | | | |
| | | Tate & Kirlin Associates | ($6.28) | 7200-000 | | | |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $30,000.00 | $30,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,000.00 | $30,000.00 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $30,000.00 | $15,000.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $12.39 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6446 - Checking | $30,000.00 | $15,000.00 | $0.00 |
| | $30,000.00 | $15,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $30,000.00 |
| Total Gross Receipts: | $30,000.00 |